**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **JAVIER A. MAYORGA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 15 – 01604-BAH** |
| | ) | |
| **STEPHEN T. AYERS,** | ) | |
| **Architect of the Capitol,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Javier A. Mayorga hereby appeals to the United States Court of Appeals for the District of Columbia Circuit Memorandum and Order  entered on January 30, 2018, denying the plaintiff's Motion for Reconsideration of Summary Judgment, and the Memorandum Opinion and Order entered on December 7, 2017, granting judgment in favor of defendant and against the plaintiff, by Beryl A. Howell, United States District Judge for the District of Columbia.

Respectfully submitted,

*/s/ Ellen K. Renaud*
Ellen K. Renaud
D.C. Bar No. 479376
SWICK & SHAPIRO, P.C.
1101 15th Street, N.W.
Suite 205
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418
Email -ekrenaud@swickandshapiro.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing Notice of Appeal has been served upon defendant

by CM/ECF electronic notification on January 31, 2018 to his attorney of record, Johnny H. Walker,

Assistant U.S. Attorney, Civil Division, 555 Fourth Street, N.W. Washington, DC 20530.

        */s/ Ellen K. Renaud*

        Ellen K. Renaud