# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 18-5045**  September Term, 2018

1:15-cv-01604-BAH

Filed On: August 23, 2019 [1803450]

Javier A. Mayorga,

    Appellant

  v.

Stephen T. Ayers, Architect of the Capitol,

    Appellee

## M A N D A T E

    In accordance with the judgment of June 28, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                      BY:    /s/
                                Ken R. Meadows
                                Deputy Clerk

Link to the judgment filed June 28, 2019