# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————

**No. 18-5045**                                     **September Term, 2018**

FILED ON: JUNE 28, 2019

JAVIER A. MAYORGA,
      APPELLANT

v.

CHRISTINE MERDON, ACTING ARCHITECT OF THE CAPITOL,
      APPELLEE

—————

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-01604)

—————

Before: SRINIVASAN and WILKINS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded for trial, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Ken Meadows
Deputy Clerk

Date: June 28, 2019

Opinion for the court filed by Senior Circuit Judge Ginsburg.