UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAVIER A. MAYORGA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTINE MERDON,<br>Architect of the Capitol,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15 – 01604-BAH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, Javier Mayorga, and Defendant, the Architect of the Capitol, submit this joint status report in response to the Court's minute order dated August 23, 2019.  The parties are available for a trial that starts on either November 11, December 2 or December 9.  The parties are also discussing the possibility of mediation.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
|   /s/ Ellen Renaud<br>David H. Shapiro, D.C. Bar #961326<br>Ellen K. Renaud, D.C. Bar #479376<br>SWICK & SHAPIRO, P.C.<br>1101 15th Street, N.W., Suite 205<br>Washington, District of Columbia 20005<br>Telephone:   202-842-0300<br>dhshapiro@swickandshapiro.com<br>ekrenaud@swickandshapiro.com<br><br>*Counsel for Plaintiff*<br><br><br>Dated: August 30, 2019 | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202-252-2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |