UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAVIER A. MAYORGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15 – 01604-BAH |
| ) | |
| THOMAS CARROLL, ) | |
| Architect of the Capitol, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff, Javier Mayorga, and defendant, the Architect of the Capitol, submit this joint status report in response to the Court's minute order of September 3, 2019. The parties estimate that the trial will last 4-5 days. Of course, numerous factors beyond counsel's control are also at play including the time for *voir dire*, the time permitted for opening and closing statements, and the amount of time the Court allots for trial proceedings each day.

Plaintiff expects to call six witnesses and may call an additional four if the need arises. Plaintiff expects to present approximately 30 exhibits. Aside from Mr. Mayorga himself, all of the plaintiff's witnesses will be relatively short. Thus, Plaintiff expects to present the testimony of these witnesses in 10 to 14 hours (or two to three trial days).

Defendant expects to call three witnesses, all of which overlap with the Plaintiff's "may call" witnesses. Defendant expects to present approximately 20 exhibits. Accordingly, Defendant expects to present his case in five to ten hours (or one to two trial days).

| | |
|---|---|
| Respectfully submitted,<br><br>  /s/ Ellen Renaud<br>David H. Shapiro, D.C. Bar #961326<br>Ellen K. Renaud, D.C. Bar #479376<br>SWICK & SHAPIRO, P.C.<br>1101 15th Street, N.W., Suite 205<br>Washington, District of Columbia 20005<br>Telephone:     202-842-0300<br>dhshapiro@swickandshapiro.com<br>ekrenaud@swickandshapiro.com<br><br>*Counsel for Plaintiff*<br><br><br>Dated: September 5, 2019 | Respectfully submitted,<br><br>JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202-252-2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |