UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAVIER A. MAYORGA,<br>    *Plaintiff*,<br><br>  v.<br><br>THOMAS CARROLL,<br>Architect of the Capitol,<br>    *Defendant*. | Civil Action No. 15-1604 (BAH) |

## JOINT MOTION FOR REFERRAL TO MEDIATION

  Plaintiff, Javier Mayorga, and Defendant, the Architect of the Capitol, each by undersigned counsel, jointly request that the Court refer them to a Magistrate Judge for mediation. This case is currently set for trial on December 9, 2019, with the first trial-related deadline (motions in limine) due on October 30, 2019. The parties have engaged in preliminary settlement discussions and mutually believe that a settlement may be possible and that mediation before a Magistrate Judge would aid in those discussions. Accordingly, the parties respectfully request that the Court refer them to a Magistrate Judge for mediation.

  Respectfully submitted,

| | |
|---|---|
|  /s/ David Shapiro<br>David H. Shapiro, D.C. Bar #961326<br>Ellen K. Renaud, D.C. Bar #479376<br>SWICK & SHAPIRO, P.C.<br>1101 15th Street, N.W., Suite 205<br>Washington, District of Columbia<br>Telephone: 202-842-0300<br>dhshapiro@swickandshapiro.com<br>ekrenoud@swickandshapiro.com<br><br>*Counsel for Plaintiff* | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated: September 11, 2019