UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAVIER A. MAYORGA,<br>            *Plaintiff*,<br><br>        v.<br><br>THOMAS CARROLL,<br>Architect of the Capitol,<br>            *Defendant*. | Civil Action No. 15-1604 (BAH) |

## PROPOSED ORDER

Upon consideration of the parties' joint motion for referral to a magistrate judge for medication, it is hereby ORDERED that the motion is GRANTED.

This case is hereby REFERRED to Magistrate Judge _____ for mediation.

It is so **ORDERED**.


Dated: _____                             _____
                                                                                    The Honorable Beryll A. Howell
                                                                                    Chief Judge