UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAVIER A. MAYORGA,<br>            *Plaintiff*,<br>    v.<br>THOMAS CARROLL,<br>Architect of the Capitol,<br>            *Defendant*. | Civil Action No. 15-1604 (BAH) |

## **JOINT MOTION TO CONTINUE MEDIATION AND STAY PROCEEDINGS**

Plaintiff, Javier Mayorga, and Defendant, the Architect of the Capitol, each by undersigned counsel, jointly request that the Court continue the period for them to engage in mediation, vacate the current trial schedule, and stay proceedings pending the outcome of mediation.

This case is currently set for trial on December 9, 2019, with the first trial-related deadline (motions in limine) due on October 16, 2019. The parties have engaged in preliminary settlement discussions and mutually believe that a settlement is possible and that mediation before a magistrate judge would aid in those discussions. The parties therefore requested that the Court refer this case to mediation by joint motion dates September 11, 2019. ECF No. 34. The Court thereafter referred the case to mediation before Magistrate Judge Deborah Robinson until October 11, 2019. The Court ordered the parties to file a joint status report by that date advising the Court whether the parties' disputes had been resolved. On September 12, 2019, Magistrate Judge Robinson scheduled mediation for September 26, 2019.

Unfortunately, the parties were unable to participate in mediation within the referral period. Counsel for Defendant was out of the country from September 14 to September 21. On return to the United States, counsel learned of the sudden death of his brother on September 20 and was on unexpected bereavement leave until September 26, leaving insufficient time for Defendant to

prepare for and participate in the scheduled September 26 mediation. The parties conferred promptly on September 26 in an effort to reschedule the mediation, but were unable to do so due to a combination of religious holidays observed by Plaintiff's counsel, the funeral for Defendant's counsel's brother, and the criminal calendar responsibilities of Magistrate Judge Robinson during the month of October.

The parties continue to believe in the possibility that this case will be fully resolved through settlement, but the looming pretrial deadlines will not allow them adequate time to focus their attention on resolution efforts. They will also result in wasted time and effort should this case be resolved. Accordingly, the parties respectfully request that the Court vacate the current trial schedule, stay proceedings pending the outcome of mediation, extend the mediation period to November 8, 2019 (before the Veterans Day weekend), and refer this case to a magistrate judge with availability to conduct a mediation session during the month of October. The parties propose to file a joint status report at the conclusion of this mediation period advising the Court as to whether any issues remain in dispute and proposing, if necessary, at least three dates for trial.

Respectfully submitted,

| | |
|---|---|
| __/s/ David Shapiro_____ <br> David H. Shapiro, D.C. Bar #961326 <br> Ellen K. Renaud, D.C. Bar #479376 <br> SWICK & SHAPIRO, P.C. <br> 1101 15th Street, N.W., Suite 205 <br> Washington, District of Columbia <br> Telephone: 202-842-0300 <br> dhshapiro@swickandshapiro.com <br> ekrenoud@swickandshapiro.com <br><br> *Counsel for Plaintiff* | JESSIE K. LIU, D.C. Bar #472845 <br> United States Attorney <br><br> DANIEL F. VAN HORN, D.C. Bar #924092 <br> Chief, Civil Division <br><br> By:  __/s/ Johnny Walker_____ <br> JOHNNY H. WALKER, D.C. Bar # 991325 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, District of Columbia 20530 <br> Telephone: 202 252 2575 <br> johnny.walker@usdoj.gov <br><br> *Counsel for Defendant* |

Dated: October 11, 2019