UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAVIER A. MAYORGA,<br>　　　　　*Plaintiff*,<br>　　v.<br>THOMAS CARROLL,<br>　Architect of the Capitol,<br>　　　　　*Defendant*. | Civil Action No. 15-1604 (BAH) |

## PROPOSED ORDER

Upon consideration of the parties' joint motion to continue mediation and to stay proceedings, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that the pretrial schedule entered on September 5, 2019, is hereby VACATED.

It is further **ORDERED** that this case is hereby REFERRED to Magistrate Judge _____ for mediation until November 8, 2019.

It is further **ORDERED** that this case be STAYED until November 8, 2019.

It is further **ORDERED** that the parties file a joint status report on or before November 8, 2019, advising the Court of the status of their settlement discussions and, if necessary, proposing at least three dates for trial.

It is so **ORDERED**.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beryll A. Howell
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge